THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY R. CAMERON, SR., Appellant. (Appeal No. 1.)—Appeal unanimously dismissed *(see, People v Humphrey* [appeal No. 1], 172 AD2d 1071, *lv denied* 78 NY2d 967; *People v Lesesne,* 172 AD2d 1070, *lv denied* 78 NY2d 1012). (Appeal from Judgment of Erie County Court, Rogowski, J.—Manslaughter, 1st Degree.) Present—Boomer, J. P., Pine, Lawton, Boehm and Davis, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY R. CAMERON, SR., Appellant. (Appeal No. 2.)—Appeal unanimously dismissed *(see, People v Humphrey* [appeal No. 1], 172 AD2d 1071, *lv denied* 78 NY2d 967; *People v Lesesne,* 172 AD2d 1070, *lv denied* 78 NY2d 1012). (Appeal from Judgment of Erie County Court, Rogowski, J.—Assault, 2nd Degree.) Present—Boomer, J. P., Pine, Lawton, Boehm and Davis, JJ.

 JAMES C. NOWOCIEN et al., Respondents, v MICHAEL S. FREY et al., Appellants.—Order unanimously reversed on the law without costs, motion granted and complaint dismissed. Memorandum: Plaintiffs failed to allege facts from which the court could find that defendants were estopped from seeking dismissal of the complaint on Statute of Limitations grounds *(see, Goyea v Town of Bangor,* 144 AD2d 886; *Jordan v Ford Motor Co.,* 73 AD2d 422). Thus, defendants' motion to dismiss should have been granted. (Appeal from Order of Supreme Court, Erie County, Sedita, J.—Dismiss Complaint.) Present—Boomer, J. P., Pine, Lawton, Boehm and Davis, JJ.